# Brady Duffy
## Duffy Consulting, LLC
### League City, TX

**September 30, 2016**

### Member information / Payment information

| Member Name | How paid (2) | Board # | Amount collected | Collected by (1) | Payment type |
|---|---|---|---|---|---|
| ESQUEDA EMERICH | CC | 403 | 595.00 | TAB | Dues |
| HILDRETH BEN | CC | 403 | 696.00 | TAB | Dues |
| ZOCH MARK | CC | 403 | 696.00 | TAB | Dues |
| Totals | | | 1,986.00 | | |

### Members

| | Active | Test Drive | Pending | LOA | SBL | Total |
|---|---|---|---|---|---|---|
| # members | 3 | 0 | 0 | 1 | 0 | 4 |
| | Y | N | N | Y | Y | |
| Pay Admin Fee | | | | | | $40 |

### Contract information

| | |
|---|---|
| Year contract signed | 2014 |
| Contract Type | Royalty |
| Territory size | 93rd |
| Start of Business | Mar 2015 |

### TAB portion of payments

| FST Bonus | BAF | SBL | Dues | TAB |
|---|---|---|---|---|
| 1st mth dues | > 20% or $100 | 20%, 10% | 20%, 10% | Totals |
| | | | 119.00 | 119.00 |
| | | | 139.00 | 139.00 |
| | | | 139.20 | 139.20 |
| | | | 397.20 | 397.20 |

### Franchisee portion of payments

| BAF | SBL | Dues | Franchisee |
|---|---|---|---|
| < 20% or $100 | 80%, 90% | 80%, 90% | Totals |
| | | 476.00 | 476.00 |
| | | 556.00 | 556.00 |
| | | 556.80 | 556.80 |
| | | 1,588.80 | 1,588.80 |

### Corporate Accounting Use Only

| | | Dr | Cr |
|---|---|---|---|
| Collected Amount - total | 11012-00 | 1,986.00 | |
| Member dues collected | 40100-01 | | 1,986.00 |
| Payment on Dues | 40101-01 | 1,588.80 | |
| CC fees | 61800-01 | 44.49 | |
| Monthly minimum shortfall | 40450-01 | 952.80 | |
| A/R clearing | 10510-00 | 351.51 | |
| Member Admin & Support | 40350-01 | 40.00 | |
| MDF fund - paid | 20500-00 | 200.00 | |
| | | 3,574.80 | 3,574.80 |

### Calculation of amount due from Franchisee

| | |
|---|---|
| Franchisee portion of payments - before deductions (from above) | 1,588.80 |
| Deductions: | |
| CC & EFT fees (see details) | (44.49) |
| Monthly minimum shortage | (952.80) |
| Member Admin/Support Fee * | (40.00) |
| Marketing Development Fund (Greater of $200 or 2%) | (200.00) |
| Outstanding invoices: 0421586-SFDC; 0421633-Website; 0424347-Aug 2016 I/S | (351.51) |
| Total for this month | 0.00 |
| Existing A/R balance (roll incl above) | (496.98) |
| **Amount due from Franchisee** | **$   (496.98)** |

### Notes

**It is critically important that you review your members A/R balances monthly.**
Use the link below to access your accounting reports on the TAB intranet.

Click Here

If any of the above fields of information are not consistent with your agreement, please contact Accounting.

Min = $1050

| Preparer | JF |
|---|---|
| Reviewer | |

# Brady Duffy
## Duffy Consulting, LLC
League City, TX

October 31, 2016

# members
Pay Admin Fee

### Members

| | Active | Test Drive | Pending | LOA | SBL | Total |
|---|---|---|---|---|---|---|
| | 5 | 0 | 0 | 0 | 0 | 5 |
| | Y | N | N | Y | Y | $50 |

### Contract Information

| | |
|---|---|
| Year contract signed | 2014 |
| Contract Type | Royalty |
| Territory size | 5nd |
| Start of Business | Mar 2015 |

### Member information / Payment information / TAB portion of payments / Franchisee portion of payments

| Member Name | How paid (2) | Board # | Amount collected | Collected by (3) | Payment type | FST Bonus 1st mth dues | BAF >20% or $100 | SBL 20%, 10% | Dues 20%, 10% | TAB Totals | BAF <20% or $100 | SBL 80%, 90% | Dues 80%, 90% | Franchisee Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HILDRETH BEN | CC | 403 | 696.00 | TAB | Dues | | | | 139.00 | 139.00 | | | 556.00 | 556.00 |
| LEONETTI JENN | CC | 0 | 850.00 | TAB | BAF | | 170.00 | | | 170.00 | 680.00 | | | 680.00 |
| RORIE JASON | CC | 0 | 695.00 | TAB | Dues | | | | 139.00 | 139.00 | | | 556.00 | 556.00 |
| RORIE JASON | CC | 0 | 850.00 | TAB | BAF | | 170.00 | | | 170.00 | 680.00 | | | 680.00 |
| ZOCH MARK | CC | 403 | 696.00 | TAB | Dues | | | | 139.20 | 139.20 | | | 556.80 | 556.80 |
| Totals | | | 3,786.00 | | | - | 340.00 | - | 417.20 | 757.20 | 1,960.00 | - | 1,668.80 | 3,028.80 |

### Corporate Accounting Use Only

| | | Dr | Cr |
|---|---|---|---|
| Collected Amount - total | 11012-00 | 3,786.00 | - |
| BAF fees collected | 40200-01 | - | 1,700.00 |
| Member dues collected | 40100-01 | | 2,086.00 |
| Payment on BAF | 40201-01 | 1,360.00 | - |
| Payment on Dues | 40101-01 | 1,668.80 | - |
| CC fees | 61800-01 | 84.81 | - |
| Monthly minimum shortfall | 40450-01 | | 592.80 |
| AFR clearing | 10510-00 | | 616.98 |
| Member Admin & Support | 40350-01 | | 50.00 |
| MDF fund - paid | 20500-00 | | 200.00 |
| Remaining balance due franchisee | | 1,484.21 | - |
| | | 6,814.80 | 6,814.80 |

### Calculation of amount due to Franchisee

Franchisee portion of payments - before deductions (from above): 3,028.80

Deductions:
- CC & EFT fees (see details): (84.81)
- Monthly minimum shortage: (592.80)
- Member Admin/Support Fee: (50.00)
- Marketing Development Fund (Greater of $200 or 2%): (200.00)
- Outstanding invoices: 0424347-Aug 2016 I/S; 0423782-SFDC; 0423829-Website; 0426047-SFDC; 0426094-V: (616.98)

**Amount due to Franchisee: $ 1,484.21**

Min = $1350

### Notes

It is critically important that you review your members A/R balances monthly. Use the link below to access your accounting reports on the 1st TAB intranet.   Click Here

If any of the above fields of information are not consistent with your agreement, please contact Accounting

| Preparer | JF |
|---|---|
| Reviewer | JF |

# Brady Duffy
Duffy Consulting, LLC
League City, TX

November 30, 2016

| Contract Information | |
|---|---|
| Year contract signed | 2014 |
| Contract Type | Royalty |
| Territory size | Stnd |
| Start of Business | Mar 2015 |

## Members

| | Active | Test Drive | Pending | LOA | SBL | Total |
|---|---|---|---|---|---|---|
| | 4 | 0 | 0 | 0 | 0 | 4 |
| # members Pay Admin Fee | Y | N | N | Y | Y | $40 |

## Member Information

| Member Name | How paid (2) | Board # | Amount collected | Collected by (3) | Payment type |
|---|---|---|---|---|---|
| HILDRETH BEN | CC | 403 | 695.00 | TAB | Dues |
| LEONETTI JENNI | CC | 0 | 695.00 | TAB | Dues |
| PRATT PATRICIA | CK | 403 | 695.00 | TAB | Dues |
| RORIE JASON | CC | 0 | 695.00 | TAB | Dues |
| ZOCH MARK | CC | 403 | 696.00 | TAB | Dues |
| Totals | | | 3,476.00 | | |

### TAB portion of payments

| FST Bonus 1st mth dues | BAF > 20% or $100 | SBL 20%, 10% | Dues 20%, 10% | TAB Totals |
|---|---|---|---|---|
| | | | 139.00 | 139.00 |
| | | | 139.00 | 139.00 |
| | | | 139.00 | 139.00 |
| | | | 139.00 | 139.00 |
| | | | 139.20 | 139.20 |
| | | | 695.20 | 695.20 |

### Franchisee portion of payments

| BAF < 20% or $100 | SBL 80%, 90% | Dues 80%, 90% | Franchisee Totals |
|---|---|---|---|
| | | 556.00 | 556.00 |
| | | 556.00 | 556.00 |
| | | 556.00 | 556.00 |
| | | 556.00 | 556.00 |
| | | 556.80 | 556.80 |
| | | 2,780.80 | 2,780.80 |

## Corporate Accounting Use Only

| | | Dr | Cr |
|---|---|---|---|
| Collected Amount - total | 11012-00 | 3,476.00 | |
| Payment on Dues | 40101-01 | | 2,780.80 |
| Member dues collected | 40100-01 | 3,476.00 | |
| CC fees | 61800-01 | 62.30 | |
| Monthly minimum shortfall | 40450-01 | | 654.80 |
| A/R clearing | 10510-00 | | 120.00 |
| Member Admin & Support | 40350-01 | | 40.00 |
| MDF fund - paid | 20500-00 | | 200.00 |
| Remaining balance due franchisee | | 6,256.80 | 1,703.70 |
| | | 6,256.80 | 6,256.80 |

## Calculation of amount due to Franchisee

Franchisee portion of payments - before deductions (from above) ... 2,780.80

Deductions:
- CC & EFT fees (see details) ... (62.30)
- Monthly minimum shortage ... (654.80)
- Member Admin/Support Fee * ... (40.00)
- Marketing Development Fund (Greater of $200 or 2%) ... (200.00)
- Outstanding invoices: 042819s-SFDC; 042824?-Website ... (120.00)

To be paid by EFT

**Amount due to Franchisee $ 1,703.70**

Min = $1350

## Notes

**It is critically important that you review your members A/R balances monthly.
Use the link below to access your accounting reports on the TAB intranet.**

Click Here

If any of the above fields of information are not consistent with your agreement, please contact Accounting.

| Preparer | JF |
|---|---|
| Reviewer | |

# Brady Duffy
Duffy Consulting, LLC
League City, TX

## December 31, 2016

### Members

| | Active | Test Drive | Pending | LOA | SBL | Total |
|---|---|---|---|---|---|---|
| | 4 | 0 | 0 | 0 | 0 | 4 |
| # members | Y | N | N | Y | Y | |
| Pay Admin Fee | | | | | | $40 |

### Contract Information

| | |
|---|---|
| Year contract signed | 2014 |
| Contract Type | Royalty |
| Territory size | Sbnd |
| Start of Business | Mar 2015 |

### Member information / Payment information

| Member Name | How paid (2) | Board # | Amount collected | Collected by (3) | Payment type |
|---|---|---|---|---|---|
| HLDRETH BEN | CC | 403 | 695.00 | TAB | Dues |
| LEONETTI JENNI | CC | 0 | 695.00 | TAB | Dues |
| RORIE JASON | CC | 0 | 695.00 | TAB | Dues |
| ZOCH MARK | CC | 403 | 696.00 | TAB | Dues |
| Totals | | | 2,781.00 | TAB | Dues |

### TAB portion of payments

| FST Bonus 1st mth dues | BAF > 20% or $100 | SBL 20%, 10% | Dues 20%, 10% | TAB Totals |
|---|---|---|---|---|
| | | | 139.00 | 139.00 |
| | | | 139.00 | 139.00 |
| | | | 139.00 | 139.00 |
| | | | 139.20 | 139.20 |
| | | | 556.20 | 556.20 |

### Franchisee portion of payments

| BAF < 20% or $100 | SBL 80%, 90% | Dues 80%, 90% | Franchisee Totals |
|---|---|---|---|
| | | 556.00 | 556.00 |
| | | 556.00 | 556.00 |
| | | 556.00 | 556.00 |
| | | 556.80 | 556.80 |
| | | 2,224.80 | 2,224.80 |

### Corporate Accounting Use Only

| | | Dr | Cr |
|---|---|---|---|
| Collected Amount - total | 11012-00 | 2,781.00 | |
| Member dues collected | 40100-01 | | 2,781.00 |
| Payment on Dues | 40101-01 | 2,224.80 | |
| CC fees | 61800-01 | | 62.30 |
| Monthly minimum shortfall | 40450-01 | | 793.80 |
| A/R clearing shortfall | 10510-00 | | 120.00 |
| Member Admin & Support | 40350-01 | | 40.00 |
| MDF fund - paid | 20050-00 | | 200.00 |
| Remaining balance due franchisee | | 5,005.80 | 5,005.80 |

### Calculation of amount due to Franchisee

| | |
|---|---|
| Franchisee portion of payments - before deductions (from above) | 2,224.80 |
| Deductions: | |
| CC & EFT fees (see details) | (62.30) |
| Monthly minimum shortage | (793.80) |
| Member Admin/Support Fee * | (40.00) |
| Marketing Development Fund (Greater of $200 or 2%) | (200.00) |
| Outstanding invoices: 0430330-SFDC; 0430378-Website | (120.00) |
| To be paid by EFT | |
| Amount due to Franchisee | $ 1,008.70 |

Min = $1350

### Notes

It is critically important that you review your members A/R balances monthly. Use the link below to access your accounting reports on the TAB intranet.    Click Here

If any of the above fields of information are not consistent with your agreement, please contact Accounting.

| Preparer | JF |
|---|---|
| Reviewer | |

# Bradley Duffy: Payment Statement

## Uber

Trip Earnings
$292.94

+

Incentives & Miscellaneous
$70.97

=

Total Payout
$363.91

Period Ending: January 30, 2017 4AM CST

| Trip Earnings | $292.94 |
|---|---|

> v
Fare                                                                          390.67

Base + Time + Distance. Fare details at https://www.uber.com/cities/houston
> v
Surcharges & Tolls                                                            11.65

Total tolls charged to riders related to their trips. Uber Fee Exempt
> v
Uber Fee                                                                     (109.38)

| Miscellaneous Items | $70.97 |
|---|---|

City permit fees - TNC Provisional (11.18)
Double your first-day net earnings! 82.15

**Trip Earnings Details**          **Payments**          **Deductions Earnings**

| Date/Time | Trip ID | Fare | Surcharges & Tolls | Uber Fee | Total |
|---|---|---|---|---|---|
| Week Totals | | $390.67 | $11.65 | ($109.38) | $292.94 |

| **January 23, 2017** | | | | | | | $0.00 | $75.00 |
|---|---|---|---|---|---|---|---|---|

| Date/Time | Trip ID | | | Fare | Surcharges & Tolls | Uber Fee | Total |
|---|---|---|---|---|---|---|---|

10:34AM

## Trip Earnings Details

Date/Time
> January 23, 2017
> 10:34AM CST

Trip ID
> f441102d-4ed8-4904-
> b2bd-694d86730a35

Type
> uberX

## Payments

$

Fare

f441102d-4ed8-4904-
b2bd-694d86730a35          6.54                 (1.83)    4.71

> 6.54

## Deductions

Uber Fee
> (1.83)

## Earnings

Total
> 4.71

10:34AM

# Bradley Duffy: Payment Statement

## Uber

Total Payout
$158.²⁶

**Period Ending: February 1, 2017 5:38PM CST**

| | |
|---|---|
| **Trip Earnings** | **$158.26** |

\>
v
Fare                                                    218.25

Base + Time + Distance. Fare details at https://www.uber.com/cities/houston
\>
v
Fare Adjustment                                         (2.79)

Your fare was adjusted following one or more reports.
\>
v
Surcharges & Tolls                                      3.90

Total tolls charged to riders related to their trips. Uber Fee Exempt
\>
v
Uber Fee                                                (61.10)

| **Trip Earnings Details** | | **Payments** | | | **Deductions** | **Earnings** |
|---|---|---|---|---|---|---|
| **Date/Time** | **Trip ID** | **Fare** | **Fare Adjustment** | **Surcharges & Tolls** | **Uber Fee** | **Total** |
| Week Totals | | $218.25 | ($2.79) | $3.90 | ($61.10) | $158.26 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **January 30, 2017** | | | $0.00 $38.16 |
| **Date/Time** | **Trip ID** | | **Fare** | **Fare Adjustment** | **Surcharges & Tolls** | **Uber Fee** **Total** |

10:08AM

## Trip Earnings Details

Date/Time
January 30,
2017 10:08AM
CST

Trip ID
ce2d27d8-16ac-
4dd8-9117-
5ffaf2025536

Type
uberX

$

## Payments

| | ce2d27d8-16ac-4dd8-9117-5ffaf2025536 | 12.53 | (3.51) | 9.02 |
|---|---|---|---|---|

Fare
12.53

## Deductions

Uber Fee
(3.51)

## Earnings

Total
9.02

10:08AM

# Bradley Duffy: Payment Statement

## Uber

Trip Earnings
$316.87

−

Incentives & Miscellaneous
$0.50

=

Total Payout
$316.37

**Period Ending: February 5, 2017 11AM CST**

| | |
|---|---|
| **Trip Earnings** | **$316.87** |

> v
Fare                                                                 346.31

Base + Time + Distance. Fare details at https://www.uber.com/cities/houston
> v
Surge                                                                 67.79

Increased rates during times of high demand
> v
Surcharges & Tolls                                                    18.71

Total tolls charged to riders related to their trips. Uber Fee Exempt
> v
Uber Fee                                                            (115.94)

**Miscellaneous Items ($0.50)**
Instant Pay fees        (0.50)

| **Trip Earnings Details** | | **Payments** | | | **Deductions** | **Earnings** |
|---|---|---|---|---|---|---|
| **Date/Time** | **Trip ID** | **Fare** | **Surge** | **Surcharges & Tolls** | **Uber Fee** | **Total** |
| Week Totals | | $346.31 | $67.79 | $18.71 | ($115.94) | $316.87 |

| | | | | **February 2, 2017** | | | | **$0.00** | **$75.01** |
|---|---|---|---|---|---|---|---|---|---|
| **Date/Time** | **Trip ID** | | | | **Fare** | **Surge** | **Surcharges & Tolls** | **Uber Fee** | **Total** |

10:59AM

## Trip Earnings Details

Date/Time
  February 2, 2017
  10:59AM CST
Trip ID
  a2b55a58-596f-
  4d52-9186-
  5615c9cba506
Type
  uberX

## Payments

$

Fare
  27.30
Surcharges & Tolls
  6.60

| | a2b55a58-596f-4d52-9186-5615c9cba506 | 27.30 | 6.60 | (7.64) | 26.26 |
|---|---|---|---|---|---|

## Deductions

Uber Fee
  (7.64)

## Earnings

Total
  26.26

10:59AM

This trip was towards your destination. This destination trip will not be counted in incentives.

<u>Help</u>Bradley Duffy
  BACK TO ALL STATEMENTS
Pay Period
<u>Classic View</u>
Pay Period
<u>Classic View</u>
  DRIVER LIST
Bradley Duffy
Bradley Duffy

Total Earnings

$81.65

- 0
  Completed Trips
- 0h 0m
  Online Hours
- 0%
  Acceptance Rate
- 0
  Driver Cancellations

-
0
Completed Trips
-
0h 0m
Online Hours
-
0%
Acceptance Rate
-
0
Driver Cancellations
Weekly Earnings

- Trip EarningsDriver DestinationsCash Trip$0.00

- Deductions & FeesDriver DestinationsCash Trip- $0.50

- Instant Pay feesDriver DestinationsCash Trip- $0.50

- Incentives & Other PaymentsDriver DestinationsCash Trip$82.15

- Double your first-day net earnings!Driver DestinationsCash Trip+ $82.15

Total PayoutDriver DestinationsCash Trip$81.65

Daily Earnings

Status
All Trips          ▼

View

- 
- 
- Sun, Feb 5-

### Pickup Time Vehicle Duration Distance (mi) Total
|  |  | 0s | 0.00 | $0.00 |
|---|---|---|---|---|
| - | - | | | |

- Sun, Feb 5Driver DestinationsCash Trip—

- Pickup TimeVehicleDurationDistance (mi)
  Total

EMAIL CSV

EARNINGS HELP

PRINT STATEMENT

EMAIL CSV

EARNINGS HELP

HelpBradley Duffy
  **BACK TO ALL STATEMENTS**
Pay Period
Classic View
Pay Period
Classic View
  **DRIVER LIST**
Bradley Duffy
Bradley Duffy

Total Earnings

$160.61

- 6
  Completed Trips
- 15h 43m
  Online Hours
- 67%
  Acceptance Rate
- 0
  Driver Cancellations

- 
6
Completed Trips
- 
15h 43m
Online Hours
- 
67%
Acceptance Rate
- 
0
Driver Cancellations
Weekly Earnings

- Trip EarningsDriver DestinationsCash Trip$171.79

- FareDriver DestinationsCash Trip$226.94

- TollDriver DestinationsCash Trip+ $8.40

- Uber FeeDriver DestinationsCash Trip- $63.55

- Incentives & Other PaymentsDriver DestinationsCash Trip- $11.18

- City permit fees - TNC 2-year LicenseDriver DestinationsCash Trip- $11.18

Total PayoutDriver DestinationsCash Trip$160.61

Daily Earnings

Status
All Trips                    ▼

View

- 
- 

- Mon, Feb 6$101.51
- Tue, Feb 7$70.28
- Wed, Feb 8-

| Pickup Time | Vehicle | Duration | Distance (mi) | Total |
|---|---|---|---|---|
| - | - | 3h 9m 23s | 110.71 | $101.51 |
| 9:17 am | uberX | 0s | 0.00 | Driver Destinations$Cash Trip $3.60 |
| 9:42 am | uberX | 11m 3s | 5.33 | Driver Destinations$Cash Trip $4.93 |
| 10:00 am | uberX | 19m 25s | 13.73 | Driver Destinations$Cash Trip $10.86 |
| 10:52 am | uberX | 0s | 0.00 | Driver Destinations$Cash Trip $3.60 |
| 10:59 am | uberX | 39m 47s | 25.82 | Driver Destinations$Cash Trip $22.74 |
| 12:26 pm | uberX | 13m 25s | 5.48 | Driver Destinations$Cash Trip $5.22 |
| 2:46 pm | uberX | 38m 29s | 35.46 | Driver Destinations$Cash Trip $27.48 |
| 4:08 pm | uberX | 4m 54s | 1.77 | Driver Destinations$Cash Trip $2.22 |
| 5:23 pm | uberX | 38m 47s | 14.85 | Driver Destinations$Cash Trip $13.10 |
| 6:11 pm | uberX | 23m 33s | 8.27 | Driver Destinations$Cash Trip $7.76 |

- Mon, Feb 6Driver DestinationsCash Trip$101.51

- Pickup TimeVehicleDurationDistance (mi)
  Total

- 9:17 amuberX0s0.009:17 amDriver Destinations$Cash Trip$3.60

- 9:42 amuberX11m 3s5.339:42 amDriver Destinations$Cash Trip$4.93

- 10:00 amuberX19m 25s13.7310:00 amDriver Destinations$Cash Trip$10.86

- 10:52 amuberX0s0.0010:52 amDriver Destinations$Cash Trip$3.60

- 10:59 amuberX39m 47s25.8210:59 amDriver Destinations$Cash Trip$22.74

- 12:26 pmuberX13m 25s5.4812:26 pmDriver Destinations$Cash Trip$5.22

- 2:46 pmuberX38m 29s35.462:46 pmDriver Destinations$Cash Trip$27.48

- 4:08 pmuberX4m 54s1.774:08 pmDriver Destinations$Cash Trip$2.22

- 5:23 pmuberX38m 47s14.855:23 pmDriver Destinations$Cash Trip$13.10

- 6:11 pmuberX23m 33s8.276:11 pmDriver Destinations$Cash Trip$7.76

- Tue, Feb 7Driver DestinationsCash Trip$70.28

- Pickup TimeVehicleDurationDistance (mi)
  Total

- 10:16 amuberX52m 41s50.2210:16 amDriver Destinations$Cash Trip$40.55

- 2:46 pmuberX55m 53s39.252:46 pmDriver Destinations$Cash Trip$29.73

- Wed, Feb 8Driver DestinationsCash Trip—

- Pickup TimeVehicleDurationDistance (mi)
  Total



Help
Bradley Duffy

**BACK TO ALL STATEMENTS**

Pay Period
Classic View
Pay Period
Classic View

**DRIVER LIST**
Bradley Duffy
Bradley Duffy

Total Earnings

$196.89

- 12
  Completed Trips
- 17h 31m
  Online Hours
- 90%
  Acceptance Rate
- 1
  Driver Cancellations

- 
12
Completed Trips
- 
17h 31m
Online Hours
- 
90%
Acceptance Rate
- 
1
Driver Cancellations
Weekly Earnings

- Trip EarningsDriver DestinationsCash Trip$197.39

- FareDriver DestinationsCash Trip$250.40

- TollDriver DestinationsCash Trip+ $17.10

- Uber FeeDriver DestinationsCash Trip- $70.11

- Deductions & FeesDriver DestinationsCash Trip- $0.50

- Instant Pay feesDriver DestinationsCash Trip- $0.50

Total PayoutDriver DestinationsCash Trip$196.89

Daily Earnings

Status
All Trips                    ▼

View

- 
- 

- Wed, Feb 8$59.96
- Thu, Feb 9$137.43

| Pickup Time | Vehicle | Duration | Distance (mi) | Total |
|---|---|---|---|---|
| - | - | 1h 53m 28s | 69.75 | $59.96 |
| 9:39 am | uberX | 0s | 0.00 | Driver Destinations$Cash Trip $3.60 |
| 11:40 am | uberX | 41m 5s | 37.28 | Driver Destinations$Cash Trip $27.32 |
| 12:54 pm | uberX | 8m 50s | 2.41 | Driver Destinations$Cash Trip $2.93 |
| 3:21 pm | uberX | 45m 28s | 26.71 | Driver Destinations$Cash Trip $21.05 |
| 4:34 pm | uberX | 6m 29s | 1.41 | Driver Destinations$Cash Trip $2.20 |
| 4:47 pm | uberX | 11m 36s | 1.94 | Driver Destinations$Cash Trip $2.86 |

- Wed, Feb 8Driver DestinationsCash Trip$59.96

- Pickup TimeVehicleDurationDistance (mi) Total

- 9:39 amuberX0s0.009:39 amDriver Destinations$Cash Trip$3.60

- 11:40 amuberX41m 5s37.2811:40 amDriver Destinations$Cash Trip$27.32

- 12:54 pmuberX8m 50s2.4112:54 pmDriver Destinations$Cash Trip$2.93

- 3:21 pmuberX45m 28s26.713:21 pmDriver Destinations$Cash Trip$21.05

- 4:34 pmuberX6m 29s1.414:34 pmDriver Destinations$Cash Trip$2.20

- 4:47 pmuberX11m 36s1.944:47 pmDriver Destinations$Cash Trip$2.86

- Thu, Feb 9Driver DestinationsCash Trip$137.43

- Pickup TimeVehicleDurationDistance (mi) Total

- 12:02 pmuberX0s0.0012:02 pmDriver Destinations$Cash Trip$3.60

- 12:33 pmuberX44m 9s32.9512:33 pmDriver Destinations$Cash Trip$24.86

- 1:25 pmuberX0s0.001:25 pmDriver Destinations$Cash Trip$3.60

- 1:39 pmuberX12m 28s5.491:39 pmDriver Destinations$Cash Trip$5.15

- 2:07 pmuberX9m 41s2.962:07 pmDriver Destinations$Cash Trip$3.35

- 2:39 pmuberX12m 17s7.732:39 pmDriver Destinations$Cash Trip$8.04

- 4:09 pmuberX31m 1s12.034:09 pmDriver Destinations$Cash Trip$11.91

- 4:51 pmuberX1h 49s42.944:51 pmDriver Destinations$Cash Trip$38.14

- 6:37 pmuberX53m 41s40.086:37 pmDriver Destinations$Cash Trip$38.78



HelpBradley Duffy
  **BACK TO ALL STATEMENTS**
Pay Period
Classic View
Pay Period
Classic View
  **DRIVER LIST**
Bradley Duffy
Bradley Duffy

Total Earnings

$81.65

- 0
  Completed Trips
- 0h 0m
  Online Hours
- 0%
  Acceptance Rate
- 0
  Driver Cancellations

- 
0
Completed Trips
- 
0h 0m
Online Hours
- 
0%
Acceptance Rate
- 
0
Driver Cancellations
Weekly Earnings

- Trip EarningsDriver DestinationsCash Trip$0.00

- Deductions & FeesDriver DestinationsCash Trip- $0.50

- Instant Pay feesDriver DestinationsCash Trip- $0.50

- Incentives & Other PaymentsDriver DestinationsCash Trip$82.15

- Double your first-day net earnings!Driver DestinationsCash Trip+ $82.15

Total PayoutDriver DestinationsCash Trip$81.65

Daily Earnings

Status
All Trips ▼
View



- 
- 

- Thu, Feb 9-
- Fri, Feb 10-
- Sat, Feb 11-
- Sun, Feb 12-

**Pickup Time Vehicle Duration Distance (mi) Total**
**-          -          0s          0.00      $0.00**

- Thu, Feb 9Driver DestinationsCash Trip—

- Pickup TimeVehicleDurationDistance (mi) Total

- Fri, Feb 10Driver DestinationsCash Trip—

- Pickup TimeVehicleDurationDistance (mi) Total

- Sat, Feb 11Driver DestinationsCash Trip—

- Pickup TimeVehicleDurationDistance (mi) Total

- Sun, Feb 12Driver DestinationsCash Trip—

- Pickup TimeVehicleDurationDistance (mi) Total



HelpBradley Duffy
  BACK TO ALL STATEMENTS
Pay Period
Classic View
Pay Period
Classic View
  DRIVER LIST
Bradley Duffy
Bradley Duffy

Total Earnings

$205.90

- 15
  Completed Trips
- 21h 8m
  Online Hours
- 73%
  Acceptance Rate
- 1
  Driver Cancellations

-
15
Completed Trips
-
21h 8m
Online Hours
-
73%
Acceptance Rate
-
1
Driver Cancellations
Weekly Earnings

- Trip EarningsDriver DestinationsCash Trip$205.90

- FareDriver DestinationsCash Trip$272.49

- TollDriver DestinationsCash Trip+ $9.70

- Uber FeeDriver DestinationsCash Trip- $76.29

Total PayoutDriver DestinationsCash Trip$205.90

Daily Earnings

Status
All Trips ▼
View

-
-

- Mon, Feb 13$92.83
- Tue, Feb 14$52.66
- Wed, Feb 15$60.41

| Pickup Time | Vehicle | Duration | Distance (mi) | Total |
|---|---|---|---|---|
| - | - | 2h 58m 47s | 113.79 | $92.83 |
| 10:42 am | uberX | 28m 5s | 25.61 | Driver Destinations$Cash Trip $18.99 |
| 11:31 am | uberX | 26m 9s | 18.64 | Driver Destinations$Cash Trip $14.47 |
| 1:45 pm | uberX | 51m 1s | 25.63 | Driver Destinations$Cash Trip $20.82 |
| 5:00 pm | uberX | 1h 13m 32s | 43.91 | Driver Destinations$Cash Trip $38.55 |

- Mon, Feb 13Driver DestinationsCash Trip$92.83

- Pickup TimeVehicleDurationDistance (mi)
  Total

- 10:42 amuberX28m 5s25.6110:42 amDriver Destinations$Cash Trip$18.99

- 11:31 amuberX26m 9s18.6411:31 amDriver Destinations$Cash Trip$14.47

- 1:45 pmuberX51m 1s25.631:45 pmDriver Destinations$Cash Trip$20.82

- 5:00 pmuberX1h 13m 32s43.915:00 pmDriver Destinations$Cash Trip$38.55

- Tue, Feb 14Driver DestinationsCash Trip$52.66

- Pickup TimeVehicleDurationDistance (mi)
  Total

- 1:22 pmuberX25m 12s20.751:22 pmDriver Destinations$Cash Trip$15.71

- 3:26 pmuberX13m 33s5.473:26 pmDriver Destinations$Cash Trip$5.22

- 3:44 pmuberX9m 41s3.023:44 pmDriver Destinations$Cash Trip$3.38

- 4:11 pmuberX32m 27s16.094:11 pmDriver Destinations$Cash Trip$13.37

- 4:59 pmuberX9m 6s1.554:59 pmDriver Destinations$Cash Trip$2.41

- 5:14 pmuberX18m 14s5.145:14 pmDriver Destinations$Cash Trip$5.39

- 5:44 pmuberX6m 57s1.505:44 pmDriver Destinations$Cash Trip$2.21

- 6:02 pmuberX17m 11s4.616:02 pmDriver Destinations$Cash Trip$4.97

- Wed, Feb 15Driver DestinationsCash Trip$60.41

- Pickup TimeVehicleDurationDistance (mi)
  Total

- 12:11 pmuberX26m 14s6.3012:11 pmDriver Destinations$Cash Trip$6.75

- 1:43 pmuberX34m 6s25.281:43 pmDriver Destinations$Cash Trip$24.45

- 3:15 pmuberX15m 12s5.953:15 pmDriver Destinations$Cash Trip$5.65

- 3:59 pmuberX34m 31s5.203:59 pmDriver Destinations$Cash Trip$6.71

- 5:45 pmuberX32m 53s10.055:45 pmDriver Destinations$Cash Trip$9.63

- 6:25 pmuberX23m 47s7.376:25 pmDriver Destinations$Cash Trip$7.22



EMAIL CSV

EARNINGS HELP

PRINT STATEMENT

EMAIL CSV

EARNINGS HELP

Help Bradley Duffy

**BACK TO ALL STATEMENTS**

Pay Period

Classic View

Pay Period

Classic View

**DRIVER LIST**

Bradley Duffy

Bradley Duffy

Total Earnings

$42.40

- 3
  Completed Trips
- 4h 35m
  Online Hours
- 60%
  Acceptance Rate
- 0
  Driver Cancellations

- 
3
Completed Trips
- 
4h 35m
Online Hours
- 
60%
Acceptance Rate
- 
0
Driver Cancellations

Weekly Earnings

- Trip Earnings Driver Destinations Cash Trip $42.90

- Fare Driver Destinations Cash Trip $59.58

- Uber Fee Driver Destinations Cash Trip - $16.68

- Deductions & Fees Driver Destinations Cash Trip - $0.50

- Instant Pay fees Driver Destinations Cash Trip - $0.50

Total Payout Driver Destinations Cash Trip $42.40

Daily Earnings

Status

All Trips ▼

View

- 
- 

- Mon, Feb 20-
- Tue, Feb 21$42.90

| Pickup Time | Vehicle | Duration | Distance (mi) | Total |
|---|---|---|---|---|
| - | - | 1h 46m 17s | 51.59 | $42.90 |
| 3:20 pm | uberX | 32m 1s | 12.75 | Driver Destinations$Cash Trip $11.24 |
| 4:14 pm | uberX | 58m 52s | 33.96 | Driver Destinations$Cash Trip $26.66 |
| 5:34 pm | uberX | 15m 24s | 4.88 | Driver Destinations$Cash Trip $5.00 |

- Mon, Feb 20Driver DestinationsCash Trip—

- Pickup TimeVehicleDurationDistance (mi)
  Total

- Tue, Feb 21Driver DestinationsCash Trip$42.90

- Pickup TimeVehicleDurationDistance (mi)
  Total

- 3:20 pmuberX32m 1s12.753:20 pmDriver Destinations$Cash Trip$11.24

- 4:14 pmuberX58m 52s33.964:14 pmDriver Destinations$Cash Trip$26.66

- 5:34 pmuberX15m 24s4.885:34 pmDriver Destinations$Cash Trip$5.00



EMAIL CSV

EARNINGS HELP

PRINT STATEMENT

EMAIL CSV

EARNINGS HELP

Partner Earnings

Help Bradley Duffy

- **Payment Statements**
- **Instant Pay**
- **Tax information**
- **Banking**

◄                                                                                      ►

**BACK TO ALL STATEMENTS**

Pay Period

Current Statement ▼

Classic View

Pay Period

Current Statement ▼

Classic View

DRIVER LIST

Bradley Duffy

Bradley Duffy

Total Earnings

$85.86

- 8
  Completed Trips
- 6h 17m
  Online Hours
- 100%
  Acceptance Rate
- 1
  Driver Cancellations

-
8
Completed Trips
-
6h 17m
Online Hours
-
100%
Acceptance Rate
-
1
Driver Cancellations

Weekly Earnings

- Trip EarningsDriver DestinationsCash Trip$86.36

- FareDriver DestinationsCash Trip$105.46

- SurgeDriver DestinationsCash Trip+ $6.90

- TollDriver DestinationsCash Trip+ $5.45

- Uber FeeDriver DestinationsCash Trip- $31.45

- Deductions & FeesDriver DestinationsCash Trip- $0.50

- Instant Pay feesDriver DestinationsCash Trip- $0.50

Estimated PayoutDriver DestinationsCash Trip$85.86

Daily Earnings

Status

| All Trips ▼ |

View

- 
- 

- Mon, Feb 27-
- Tue, Feb 28$26.34
- Wed, Mar 1$60.02
- Thu, Mar 2-
- Fri, Mar 3-
- Sat, Mar 4-
- Sun, Mar 5-

| Pickup Time | Vehicle | Duration | Distance (mi) | Total |
|---|---|---|---|---|
| - | - | 53m 58s | 25.00 | $26.34 |
| 5:25 pm | uberX | 31m 9s | 13.16 | Driver Destinations$Cash Trip $11.43 |
| 6:04 pm | uberX | 22m 49s | 11.84 | Driver Destinations$Cash Trip $14.91 |

- Mon, Feb 27Driver DestinationsCash Trip—

- Pickup TimeVehicleDurationDistance (mi)
  Total

- Tue, Feb 28Driver DestinationsCash Trip$26.34

- Pickup TimeVehicleDurationDistance (mi)
  Total

- 5:25 pmuberX31m 9s13.165:25 pmDriver Destinations$Cash Trip$11.43

- 6:04 pmuberX22m 49s11.846:04 pmDriver Destinations$Cash Trip$14.91

- Wed, Mar 1Driver DestinationsCash Trip$60.02

- Pickup TimeVehicleDurationDistance (mi)
  Total

- 12:45 pmuberX5m 27s1.4512:45 pmDriver Destinations$Cash Trip$2.20

- 1:08 pmuberX19m 13s6.851:08 pmDriver Destinations$Cash Trip$6.53

- 1:50 pmuberX6m 2s2.541:50 pmDriver Destinations$Cash Trip$2.79

- 3:18 pmuberX11m 32s5.453:18 pmDriver Destinations$Cash Trip$5.05

- 3:54 pmuberX0s0.003:54 pmDriver Destinations$Cash Trip$3.60

- 4:09 pmuberX7m 36s3.314:09 pmDriver Destinations$Cash Trip$3.40

- 4:28 pmuberX58m 48s40.904:28 pmDriver Destinations$Cash Trip$36.45

- Thu, Mar 2Driver DestinationsCash Trip—

- Pickup TimeVehicleDurationDistance (mi)
  Total

- Fri, Mar 3Driver DestinationsCash Trip—

- Pickup TimeVehicleDurationDistance (mi)
  Total

- Sat, Mar 4Driver DestinationsCash Trip—

- Pickup TimeVehicleDurationDistance (mi)
  Total

- Sun, Mar 5Driver DestinationsCash Trip—

- Pickup TimeVehicleDurationDistance (mi)
  Total

