IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-31581-H2-7 |
| | § | |
| Bradley Alan Duffy | § | |
| Debtor | § | Chapter 7 |

NOTICE OF RESCHEDULED 341 MEETING OF CREDITORS
AND CERTIFICATE OF SERVICE

NOTICE IS HEREBY GIVEN that the Trustee has re-set the 341 Meeting of Creditors in the above-styled Chapter 13 bankruptcy.  The Meeting will take place on ***Tuesday, June 13, 2017 at 9:30AM*** in Suite 3401 (third floor) of the federal courthouse (Southern District of Texas) located at 515 Rusk, Houston, Texas 77002.

I further certify that on or about March 15, 2017, I sent a true and correct copy of this Notice to the following interested parties and creditors by the following means:

**(1)    Debtor (*via email and/or first class mail*)**

Mr. Nicholas Werner
1111 Falcon Park Dr., #6309
Katy, Texas 77494

**(2)    All creditors and parties in interest (*via first class mail*)**

See attached list setting forth the names and addresses.

**(3)    The United States Trustee (*via electronic delivery*)**

U.S. Trustee's Office
515 Rusk, Suite 3516
Houston, Texas 77002

**(4)    The Chapter 7 Trustee (*via electronic delivery*)**

Ronald J. Sommers
Nathan Sommers Jacobs
2800 Post Oak Blvd.
61st Floor
Houston, Texas 77056

<u>DATED: March 15, 2017</u>

        Respectfully submitted,

        <u>/s/ *Nicholas R. Westbrook*</u>
        Nicholas R. Westbrook
        SBN: 24042141
        Westbrook Law Firm, PLLC
        24 E Greenway Plaza, Suite 1705
        Houston, TX 77046
        281-888-5581 Telephone
        281-888-5586 Facsimile
        **ATTORNEY FOR DEBTOR**

**CREDITORS AND INTERESTED PARTIES**

American Express Business Card
P.O. Box 650448
Dallas, Texas 75265-0448

Bank of America Business Card
P.O. Box 15796
Wilmington, DE 19886-5796

BBVA Compass
P.O. Box 10566
Birmingham, AL 35296

Capital One Auto Finance
P.O. Box 60511
City of Industry, CA 91716-0511

Capital One Spark Card
P.O. Box 60599
City of Industry, CA 91716-0599

Chase Ink Card
P.O. Box 15123
Wilmington, DE 19850-5123

Chase Slate Card
P.O. Box 15123
Wilmington, DE 19850-5123

Chase Southwest Card
P.O. Box 15123
Wilmington, DE 19850-5123

Christina Weber
3327 Fairmont Hills Lane
Katy, Texas 77494

Christina Weber
3327 Fairmont Hills Ln
Katy, Texas 77494

Citi Simplicity Card
P.O. Box 6500
Sioux Falls, SD 57177

Comenity Bank/David's Bridal
P.O. Box 182789
Columbus, OH 43218

DirecTV
P.O. Box 78626
Phoenix, AZ 85062-8626

Duffy Consulting, LLC
3327 Fairmont Hills Lane
Katy, Texas 77494

Frontier Business Card
P.O. Box 23066
Columbus, GA 31902-3066

Nissan Motor Acceptance Corp.
P.O. Box 742658
Cincinnati, OH 45274-2658

Rajkumar Kandasamy
4207 Lone Creek Hill Court
Katy, Texas 77494

Rooms-To-Go
P.O. Box 731
Mahwah, NJ 07430

TD Auto Finance
P.O. Box 16039
Lewiston, ME 04243-9520

Texas Citizens Bank
P.O. Box 890029
Houston, Texas 77289

The Alternative Board
11031 Sheridan Blvd.
Westminster, CO 80020

United Pathology Associates
MSC 700
P.O. Box 4359
Houston, Texas 77210-4359

Verizon
404 Brock Drive
Bloomington, IL 61701

Woodforest National Bank
P.O. Box 790408
St. Louis, MO 63179-0408

Xfinity
1701 JFK Boulevard
Philadelphia, PA 19103